UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COLE, Derivatively on Behalf of FACBOOK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARK ZUCKERBERG, DAVID A. EBERSMAN, SHERYL K. SANDBERG, DAVID M. SPILLANE, PETER A. THIEL, JAMES W. BREYER, MARC L. ANDREESSEN, DONALD E. GRAHAM, REED HASTINGS, ERSKINE B. BOWLES, and DOES 1-25, Inclusive,<br><br>Defendants,<br>-and-<br>FACEBOOK, INC., a Delaware corporation,<br><br>Nominal Defendant. | Case No. 3:12-cv-03367-MMC<br><br>GRANTING [PROPOSED] ORDER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND THE BRIEFING SCHEDULE AND CONTINUE THE VACATE HEARING ON NOMINAL DEFENDANT FACEBOOK, INC.'S MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(B)(1), 12(B)(3), 12(B)(6) AND 23.1<br><br>Judge:    Honorable Maxine M. Chesney<br>Date:     September 7, 2012<br>Time:    9:00 a.m.<br>Location: San Francisco Courthouse<br>          Courtroom 7, 19th Floor<br>          450 Golden Gate Avenue<br>          San Francisco, CA 94102 |

---

[PROPOSED] ORDER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND THE
BRIEFING SCHEDULE AND CONTINUE THE HEARING ON NOMINAL DEFENDANT FACEBOOK, INC.'S
MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(B)(1), 12(B)(3), 12(B)(6) AND 23.1
CASE NO. 3:12-CV-03367-MMC

Having read and considered Plaintiffs Hal Hubuschman and William Cole's (hereinafter "Plaintiffs") Administrative Motion to Extend the Briefing Schedule and Continue the Hearing on Nominal Defendant Facebook, Inc.'s Motion To Dismiss Pursuant to Fed R. Civ. P. 12(B)(1), 12(B)(3), 12(B)(6) and 23.1, and ~~good cause appearing therefore,~~ defendant's response thereto,

IT IS ORDERED THAT:

1. The Administrative Motion is GRANTED.

2. The hearing on the Motion to Dismiss, currently set for September 7, 2012, is vacated ~~and shall be re-set for hearing after the Court rules on the Remand Motions and the Stay Motions~~. In the event defendants' motion to stay is denied, the Court will set a briefing schedule and hearing date on the Motion to Dismiss.

3. ~~All oppositions to the Motion to Dismiss must be filed and served by no later than fourteen (14) days after the Court rules on the Remand Motions and Stay Motions.~~

4. ~~All reply briefs in support of the Motion to Dismiss must be filed and served no later than seven (7) after the opposition is filed and served.~~

DATED: August 15, 2012

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

s/Shane P. Sanders
SHANE P. SANDERS

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
GINA STASSI
600 B Street, Suite 1900
San Diego, CA 92101
Telephone:  (619) 525-3990
Facsimile:  (619) 525-3991

*Counsel for Plaintiffs Hal Hubuschman and William Cole*

HOLZER HOLZER & FISTEL LLC
MICHAEL I. FISTEL JR.
200 Ashford Center North, Suite 300

- 1 -

1  Atlanta, GA 30338
   Telephone: (770) 392-0090
2  Facsimile: (770) 392-0029

3  *Counsel for Plaintiff William Cole*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
[[PROPOSED] ORDER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO EXTEND THE
BRIEFING SCHEDULE AND CONTINUE THE HEARING ON NOMINAL DEFENDANT FACEBOOK, INC.'S
MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(B)(1), 12(B)(3), 12(B)(6) AND 23.1
CASE NO. 3:12-CV-03367-MMC